UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM S. HILO,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. SA CV 17-00395-JDE<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees [Dkt. 26], and good cause appearing therefor,

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND SEVEN HUNDRED FIFTY-TWO DOLLARS and FIFTY CENTS ($3,752.50), and costs under 28 U.S.C. § 1920 in the amount of zero dollars ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: March 06, 2018

_____
JOHN D. EARLY
United States Magistrate Judge